IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## NOTICE OF APPEAL

Notice is hereby given that Defendant and Counterclaim-Plaintiff Public.Resource.Org, Inc. ("Public Resource") appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered on April 7, 2017 (D.I. 46) and all other orders decided adversely to Defendants, including, but not limited to, the Court's March 23, 2017 Order granting Plaintiff's Motion for Partial Summary Judgment (D.I. 44). Consistent with Rule 4(a) of the Federal Rules of Appellate Procedure, this Notice of Appeal is being filed within 30 days of the entry of the District Court's March 23, 2017.

1

Respectfully submitted, this 7th day of April, 2017.

/s/Elizabeth H. Rader

Elizabeth H. Rader (*pro hac vice*)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3008
Fax: (202) 239-3333
elizabeth.rader@alston.com

Jason D. Rosenberg
Georgia Bar No. 510855
Sarah Parker LaFantano
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone 404-881-7461
Fax (404) 253-8861
jason.rosenberg@alston.com
Saran.Lafantano@alston.com

*Counsel for the Defendant,
Public.Resource.Org, Inc.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,<br><br>      Plaintiff,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>      Defendant. | CIVIL ACTION NO.<br><br>1:15-CV-2594-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **Notice of Appeal of Defendant Public.Resource.Org, Inc.** electronically with the Clerk of Court, using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

          */s/ Sarah P. LaFantano*
          Sarah P. LaFantano
          Georgia Bar No. 734610