# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CODE REVISION COMMISSION and
STATE OF GEORGIA ,

                    Plaintiffs,

v.

PUBLIC.RESOURCE.ORG, INC.,

                    Defendant.

CIVIL ACTION FILE

NO. 1:15-CV-2594-RWS

## J U D G M E N T

This action having come before the court, Honorable  Richard W. Story, United States District Judge, for consideration of the plaintiffs' motion for partial summary judgment and the court having granted said motion, and granted the parties' joint motion for permanent injunction, it is,

Ordered and Adjudged that this action be and the same hereby is **dismissed**.

Dated at Atlanta, Georgia, this 7th day of April, 2017.

                              JAMES N. HATTEN
                              CLERK OF COURT

                              By:  s/*Barbara D. Boyle*
                              Deputy Clerk

Filed and Entered:
April 7, 2017
in the Clerk's Office
 James N. Hatten
Clerk of Court

By: B. D. Boyle
         Deputy Clerk