Case No. 17-11589

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**CODE REVISION COMMISSION,** *et al.*
Plaintiffs-Appellees

v.

**PUBLIC.RESOURCE.ORG, INC.**
Defendant-Appellant

On Appeal from the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:09-cv-02594-RWS

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Elizabeth H. Rader
ALSTON & BIRD, LLP
950 F Street NW
Washington, DC  20004
202-239-3008

Sarah Parker LaFantano
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000

*Attorneys for Public.Resource.Org, Inc.*

*Code Revision Commission, et al. v. Public.Resource.Org, Inc.*
No. 17-11589

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellant Public.Resource.Org, Inc. provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

- Alston & Bird, LLP (Counsel for Defendant-Appellant)

- Askew, Anthony B. (Counsel for Plaintiff-Appellees)

- Bowler, John M. (Counsel for Amicus Matthew Bender & Co., Inc.)

- Code Revision Commission (Plaintiff-Appellee, on behalf of and for the benefit of the General Assembly and the State of Georgia)

- Cohen, Hon. Mark H. (U.S. District Court Judge for the Northern District of Georgia (originally assigned))

- Durie Tangri, LLP (Counsel for Defendant-Appellant)

- Fastcase, Inc. (Legal publisher having an interest in offering its subscribers the Official Code of Georgia, Annotated without the need for a license)

- General Assembly of Georgia (Beneficiary of Plaintiffs-Appellees)

- Georgia Attorney General's Office (Counsel for State of Georgia)

- Gratz, Joseph C. (Counsel for Defendant-Appellant)

- Halperin, David (Counsel for Defendant-Appellant)

- Hirsch, Michelle J. (Counsel for State of Georgia)

- Hobbs, Michael B. (Counsel for Amicus Matthew Bender & Co., Inc.)

- LaFantano, Sarah Parker (Counsel for Defendant-Appellant)

- Lexis/Nexis Group (Parent of Amicus Matthew Bender & Co., Inc.)

- Malamud, Carl (President and Founder of Defendant-Appellant)

- Matthew Bender & Co., Inc. (Amicus and licensee of Plaintiffs-Appellees)

- Meunier Carlin & Curfman LLC (Counsel for Plaintiffs-Appellees)

- Pavento, Lisa C. (Counsel for Plaintiffs-Appellees)

- Public.Resource.Org, Inc. (Defendant-Appellant)

- Rader, Elizabeth H. (Counsel for Defendant-Appellant)

- Rosenberg, Jason D. (Counsel for Defendant-Appellant)

- Schemmel, Lawrence A.  (Counsel for State of Mississippi)

- State of Georgia (Beneficiary of Plaintiffs-Appellees)

- State of Mississippi (State alleging Defendant-Appellant infringes copyright in its official code)

- Story, Hon. Richard W. (U.S. District Judge for the Northern District of Georgia )

- Thomas, Warren J. (Counsel for Plaintiffs-Appellees)

- Troutman Sanders LLP (Counsel for Amicus Matthew Bender & Co., Inc.)

- Walters, Edward (Co-Founder and CEO of Fastcase, Inc.)

*Code Revision Commission, et al. v. Public.Resource.Org, Inc.*
*No. 17-11589*

Appellant Public.Resource.Org, Inc. certifies that it is a California non-profit corporation, that it has no parent corporation, that there is nothing to declare with respect to stock ownership, and that there is no other entity related to, or affiliated with, Public.Resource.Org, Inc. that has a financial interest in the outcome of the claims asserted against it in this case.

Dated: April 21, 2017                            Respectfully submitted,

.                                                                 */s/ Elizabeth H. Rader*
                                                                  Elizabeth H. Rader
                                                                  ALSTON & BIRD LLP
                                                                  950 F Street NW
                                                                  Washington, DC  20004
                                                                  Tel: 202-239-3008
                                                                  Fax: 202-239-3333
                                                                  Elizabeth.rader@alston.com

                                                                  Sarah Parker LaFantano
                                                                  ALSTON & BIRD LLP
                                                                  1201 West Peachtree Street
                                                                  Atlanta, GA 30309-3424
                                                                  Tel: 404-881-7000
                                                                  Fax: 404-881-7777
                                                                  Sarah.lafantano@alston.com

                                                                  *Attorneys for Appellant-Defendant*
                                                                  *Public.Resource.Org, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Public.Resource.Org, Inc. hereby certifies that this day she electronically filed the foregoing *Appellant's Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will send notice and an electronic copy of same to participating counsel for the Parties.

This 21st day of April, 2017.

                                        */s/ Sarah P. LaFantano*
                                        Sarah Parker LaFantano
                                        ALSTON & BIRD LLP
                                        1201 West Peachtree Street
                                        Atlanta, GA 30309-3424
                                        Tel: 404-881-7000
                                        Fax: 404-881-7777

                                        *Attorney for Public.Resource.Org, Inc.*