UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CODE REVISION COMMISSION, et al., | ) ) ) |
| Plaintiffs-Appellees, | ) ) |
| v. | ) CASE NO. 17-11589 ) |
| PUBLIC RESOURCE.ORG, INC., | ) ) |
| Defendant-Appellant. | ) ) ) |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Public.Resource.Org, Inc. hereby certifies that on April 18, 2017 she electronically filed the following documents:

- *Appellant's Civil Appeal Statement*

- *Notice of Appearance for Elizabeth Rader*

- *Notice of Appearance for Sarah Parker LaFantano*

with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which provided an electronic copy of same to participating counsel for the Parties. A hard copy has also been served by depositing a copy of same in the United States mail, first-class postage prepaid, on the 21st day of April, 2017, addressed to Plaintiffs-Appellees' attorneys of record as follows:

Anthony B. Askew, Esq.
Lisa C. Pavento, Esq.
Warren J. Thomas, Esq.
MEUNIER CARLIN & CURFMAN
999 Peachtree Street, N.E.
Atlanta, GA 30309

This 21st day of April, 2017.

/s/ Sarah P. LaFantano
Sarah Parker LaFantano
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777

*Attorney for Public.Resource.Org, Inc.*