Case No. 17-11589

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA

*Plaintiff-Appellee*,

v.

PUBLIC.RESOURCE.ORG, INC.

*Defendant-Appellant*.

*Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
Case No. 1:09-CV-02594-RWS*

**APPELLEE'S RESPONSE TO APPELLANT'S CIVIL APPEAL STATEMENT**

Anthony B. Askew
Lisa C. Pavento
Warren Thomas
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707

*Counsel for Appellee-Plaintiff*

# APPELLEE'S RESPONSE TO
# APPELLANT'S CIVIL APPEAL STATEMENT

Appellee-Plaintiff Code Revision Commission, on behalf of and for the benefit of the General Assembly of Georgia, and the State of Georgia ("Appellee") provides the following response to Appellant-Defendant Public.Resource.Org, Inc. ("Appellant")'s Civil Appeal Statement. On page 1, Appellee should be designated as plaintiff instead of defendant and the following attorney information should be added:

>   Anthony B. Askew
>   Lisa C. Pavento
>   Warren Thomas
>   Meunier Carlin & Curfman LLC
>   999 Peachtree Street NE, Suite 1300
>   Atlanta, Georgia 30309
>   404-645-7700 (Telephone)
>   404-645-7707 (Fax)
>   taskew@mcciplaw.com
>   lpavento@mcciplaw.com
>   wthomas@mcciplaw.com

This response does not reflect Appellee's agreement with any other statement made by Appellant in the Civil Appeal Statement.

Respectfully submitted this 28th day of April, 2017.

/s/*Anthony B. Askew*
Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)

1

Warren J. Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for Appellee-Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 28th day of April, 2017, I have electronically filed the foregoing APPELLEE'S RESPONSE TO APPELLANT'S CIVIL APPEAL STATEMENT with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/*Anthony B. Askew*
Anthony B. Askew