Case No. 17-11589

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA

*Plaintiff-Appellee*,

v.

PUBLIC.RESOURCE.ORG, INC.

*Defendant-Appellant*.

*Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
Case No. 1:09-CV-02594-RWS*

**NOTICE REGARDING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLANT**

Anthony B. Askew
Lisa C. Pavento
Warren Thomas
Meunier Carlin & Curfman LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707

*Counsel for Appellee-Plaintiff*

# NOTICE REGARDING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLANT

Appellee in the above referenced matter hereby certifies pursuant to Rule 26.1-1(a)(3) of the Eleventh Circuit Rules that the Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant on April 21, 2017 is correct and complete.

Respectfully submitted this 4th day of May, 2017.

/s/*Lisa C. Pavento*
Anthony B. Askew (G.A. Bar: 025300)
Lisa C. Pavento (G.A. Bar: 246698)
Warren J. Thomas (G.A. Bar: 164714)
Meunier Carlin & Curfman LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
taskew@mcciplaw.com
lpavento@mcciplaw.com
wthomas@mcciplaw.com

*Counsel for Appellee-Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 4th day of May, 2017, I have electronically filed the foregoing NOTICE REGARDING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLANT with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/*Lisa C. Pavento*
Lisa C. Pavento