UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

No. 17-11589

---

CODE REVISION COMMISSION, FOR THE BENEFIT OF AND ON BEHALF OF THE GENERAL ASSEMBLY OF GEORGIA, AND THE STATE OF GEORGIA,

*Plaintiffs–Counter Defendants–Appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant–Counter Claimant–Appellant.*

---

**APPEARANCE OF COUNSEL**

The Clerk will enter my appearance for these named parties: **See attached list**

In this court these parties are:

☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)

☐ appellee(s)   ☐ respondent(s)   ☒ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

**None**

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement

in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: **District of Columbia**     State Bar No.: **1013998**

Respectfully submitted,

Dated: May 22, 2017

*s/ Charles Duan*
Charles Duan
  *Counsel of Record*
Public Knowledge
1818 N Street NW, Suite 410
Washington, DC 20036
(202) 861-0020
cduan@publicknowledge.org

*Counsel for Movants*

# LIST OF PARTIES REPRESENTED

Public Knowledge

The American Library Association

The Association of Research Libraries

The Association of College and Research Libraries

The Organization for Transformative Works

The Institute of Intellectual Property and Social Justice

Anne M. Acton

Beth Adelman

Filippa Marullo Anzalone

Brandon C. Butler

Michael A. Carrier

Tuneen Chisolm

Ralph D. Clifford

Kyle K. Courtney

Richard A. Danner

Amy A. Emerson

Roger Allan Ford

Katie Fortney

Brian L. Frye

Shubha Ghosh

David R. Hansen

Paul Justin Heald

Kenneth J. Hirsh

John Joergensen

Eric E. Johnson

Benjamin J. Keele

Jocelyn Kennedy

Anne Klinefelter

Stacey M. Lantagne

Sarah Hooke Lee

Richard Leiter

Yvette Joy Liebesman

Brian J. Love

Lisa A. Macklin

John Mayer

Lateef L. Mtima

David J. Seipp

Courtney Selby

Jessica Silbey

Kevin L. Smith

David E. Sorkin

Leslie Street

Rebecca Tushnet

Ronald E. Wheeler

Beth Williams

Katie Zimmerman

Jonathan L. Zittrain

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, I caused the foregoing **Appearance of Counsel** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: May 22, 2017

*s/ Charles Duan*
Charles Duan
*Counsel for Movants*