UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

No. 17-11589

CODE REVISION COMMISSION, FOR THE BENEFIT
OF AND ON BEHALF OF THE GENERAL ASSEMBLY
OF GEORGIA, AND THE STATE OF GEORGIA,

*Plaintiffs–Counter Defendants–Appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.,

*Defendant–Counter Claimant–Appellant.*

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1, the parties state that they have no parent corporation or no publicly held corporation that holds 10% or more of their stock.

The following listing is provided pursuant to 11th Circuit Rule 26.1-1.

Acton, Anne M.

Adelman, Beth

American Library Association

Anzalone, Filippa Marullo

Association of College and Research Libraries

Association of Research Libraries

Butler, Brandon C.

Carrier, Michael A.

Chisolm, Tuneen

Clifford, Ralph D.

Courtney, Kyle K.

Danner, Richard A.

Duan, Charles

Emerson, Amy A.

Ford, Roger Allan

Fortney, Katie

Frye, Brian L.

Ghosh, Shubha

Hansen, David R.

Heald, Paul Justin

Hirsh, Kenneth J.

Institute of Intellectual Property and Social Justice

Joergensen, John

Johnson, Eric E.

Keele, Benjamin J.

Kennedy, Jocelyn

Klinefelter, Anne

Lantagne, Stacey M.

Lee, Sarah Hooke

Leiter, Richard

Liebesman, Yvette Joy

Love, Brian J.

Macklin, Lisa A.

Mayer, John

Mtima, Lateef L.

Organization for Transformative Works

Public Knowledge

Seipp, David J.

Selby, Courtney

Silbey, Jessica

Smith, Kevin L.

Sorkin, David E.

Street, Leslie

Tushnet, Rebecca

Wheeler, Ronald E.

Williams, Beth

Zimmerman, Katie

Zittrain, Jonathan L.

Respectfully submitted,

Dated: May 23, 2017          *s/ Charles Duan*
                             Charles Duan
                                *Counsel of Record*
                             Public Knowledge
                             1818 N Street NW, Suite 410
                             Washington, DC 20036
                             (202) 861-0020
                             cduan@publicknowledge.org

                             *Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017, I caused the foregoing **Certificate of Interested Persons** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: May 23, 2017          *s/ Charles Duan*
                             Charles Duan
                             *Counsel for Amici Curiae*