# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 17-11589

Code Revision Commission vs. Public.Resource.Org, Inc.

The Clerk will enter my appearance for these named parties: See attached sheet

In this court these parties are:
- ☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
- ☐ appellee(s)    ☐ respondent(s)   ☑ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☑ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: District of Columbia   State Bar No.: 1013998

Signature: s/ Charles Duan
Name (type or print): Charles Duan   Phone: (202) 861-0020
Firm/Govt. Office: Public Knowledge   E-mail: cduan@publicknowledge.org
Street Address: 1818 N Street NW Suite 410   Fax:
City: Washington   State: DC   Zip: 20036

12/07

# LIST OF PARTIES REPRESENTED

Public Knowledge

The American Library Association

The Association of Research Libraries

The Association of College and Research Libraries

The Organization for Transformative Works

The Institute of Intellectual Property and Social Justice

Anne M. Acton

Beth Adelman

Filippa Marullo Anzalone

Brandon C. Butler

Michael A. Carrier

Tuneen Chisolm

Ralph D. Clifford

Kyle K. Courtney

Richard A. Danner

Amy A. Emerson

Roger Allan Ford

Katie Fortney

Brian L. Frye

Shubha Ghosh

David R. Hansen

Paul Justin Heald

Kenneth J. Hirsh

John Joergensen

Eric E. Johnson

Benjamin J. Keele

Jocelyn Kennedy

Anne Klinefelter

Stacey M. Lantagne

Sarah Hooke Lee

Richard Leiter

Yvette Joy Liebesman

Brian J. Love

Lisa A. Macklin

John Mayer

Lateef L. Mtima

David J. Seipp

Courtney Selby

Jessica Silbey

2

Kevin L. Smith

David E. Sorkin

Leslie Street

Rebecca Tushnet

Ronald E. Wheeler

Beth Williams

Katie Zimmerman

Jonathan L. Zittrain

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, I caused the foregoing **Appearance of Counsel** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: May 24, 2017        *s/ Charles Duan*
                           Charles Duan
                           *Counsel for Movants*