No. 17-11589-HH

IN THE

# United States Court of Appeals
# for the Eleventh Circuit

CODE REVISION COMMISSION, ET AL.,
*Plaintiffs/Appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.

*Defendant/Appellant.*

On Appeal from the U.S. District Court for Northern District of Georgia,

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF *AMICI CURIAE* NEXT-GENERATION LEGAL RESEARCH PLATFORMS**

Phillip R. Malone
Jeffrey T. Pearlman
Erica Sollazzo*
Juelsgaard Intellectual Property and
  Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: 650-725-6369
Fax: 650-723-4426
*LR 46-11 Eligible Law Student

*Attorneys for Amici Curiae*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* state that they have no parent corporation and that no publicly held corporation holds 10% or more of their stock.

The following list of interested persons is provided pursuant to 11th Circuit Rule 26.1-1.

1. Arredondo, Pablo (Vice President of Legal Research, Casetext)
2. Carver, Brian (Cofounder & Member, Board of Directors, Free Law Project)
3. Casetext
4. Free Law Project
5. Gurari, Itai (Cofounder & CEO, Judicata)
6. Hulce, Megan (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)
7. Judicata
8. Kraft, Seamus (Executive Director, Cofounder & President of the Board, The OpenGov Foundation)
9. Lissner, Michael (Executive Director & CTO, Free Law Project)
10. Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic

*Public.Resource.Org., Inc. v. Code Revision Commission et al.*   No. 17-11589-HH

11. Malone, Phillip (Director of the Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic and Counsel of Record for *Amici*)

12. The OpenGov Foundation

13. Pearlman, Jef (Clinical Supervising Attorney and Lecturer in Law in the Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic and Counsel for *Amici*)

14. Ravel

15. Reed, Nik (Cofounder & COO, Ravel)

16. Safdie, Laura (COO & General Counsel, Casetext)

17. Sollazzo, Erica (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

18. Story, Richard (U.S. District Judge below)

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, I caused the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement of *Amici Curiae* Next-generation Legal Research Platforms** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: May 24, 2017

                                                /s/Phillip R. Malone/
                                        Phillip R. Malone
                                        Counsel for *Amici Curiae*