NO. 17-11589

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CODE REVISION COMMISSION on behalf of and for the benefit of THE GENERAL ASSEMBLY OF GEORGIA, and THE STATE OF GEORGIA,
*Plaintiffs/appellees,*

v.

PUBLIC.RESOURCE.ORG, INC.,
*Defendant/appellant*.

On Appeal from the United States District Court
for the Northern District of Georgia

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF AMERICAN CIVIL LIBERTIES UNION FOUNDATION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC., SOUTHERN POVERTY LAW CENTER, CENTER FOR DEMOCRACY AND TECHNOLOGY, AND GEORGIA COALITION FOR THE PEOPLE'S AGENDA

Esha Bhandari
ebhandari@aclu.org
Lee Rowland
Vera Eidelman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654

1

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

## Code Revision Commission et al. v. Public.Resource.Org, Inc.
## No. 17-11589

*Amici Curiae* file this Certificate of Interested Persons and Corporate Disclosure Statement, as required by Eleventh Circuit Rules 26.1.

American Civil Liberties Union Foundation (*Amicus curiae*)

American Civil Liberties Union Foundation of Georgia, Inc. (*Amicus curiae*)

Bhandari, Esha (Counsel for *Amici curiae*)

Center for Democracy & Technology (*Amicus curiae*)

Eidelman, Vera (Counsel for *Amici curiae*)

Georgia Coalition for the People's Agenda (*Amicus curiae*)

Rowland, Lee (Counsel for *Amici curiae*)

Southern Poverty Law Center (*Amicus curiae*)

Pursuant to Eleventh Circuit Rule 26.1-2(b), this Certificate includes only persons and entities omitted from the Certificate contained in Appellants' Initial Brief.

*Amici Curiae* American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Georgia, Inc., Southern Poverty Law Center, Center for Democracy & Technology, and Georgia Coalition for the People's Agenda are

**Code Revision Commission et al. v. Public.Resource.Org, Inc.**
**No. 17-11589**

non-profit entities that do not have parent corporations. No publicly held

corporation owns 10 percent or more of any stake or stock in *amici curiae*.

May 25, 2017                                             /s/ *Esha Bhandari*

                                                   Esha Bhandari
                                                   ebhandari@aclu.org
                                                   American Civil Liberties Union
                                                   Foundation
                                                   125 Broad Street, 18th Floor
                                                   New York, NY 10004
                                                   Tel: 212-549-2500
                                                   Fax: 212-549-2654

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2017, the foregoing Certificate of Interested Persons and Corporate Disclosure Statement for the American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Georgia, Inc., Southern Poverty Law Center, Center for Democracy & Technology, and Georgia Coalition for the People's Agenda was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ *Esha Bhandari*

Esha Bhandari
ebhandari@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654