# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 31, 2017

Anthony B. Askew
Meunier Carlin & Curfman, LLC
999 PEACHTREE ST NE STE 1300
ATLANTA, GA 30309

Appeal Number: 17-11589-AA
Case Style: Code Revision Commission, et al v. Public.Resource.Org, Inc.
District Court Docket No: 1:15-cv-02594-RWS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

An extension of time has been granted to and including 06/30/2017 for filing of appellee's brief.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy/cb, AA
Phone #: (404) 335-6180

EXT-1 Extension of time