IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-11589-AA

CODE REVISION COMMISSION,
for the Benefit of and on behalf of General Assembly of Georgia,
STATE OF GEORGIA,

                                                                       Plaintiffs - Counter
                                                                       Defendant - Appellees,

versus

PUBLIC.RESOURCE.ORG, INC.,

                                                                       Defendant - Counter
                                                                       Claimant - Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

      The "Motion for Leave to File Brief as *Amici Curiae*" filed by Public Knowledge, the American Library Association, the Association of Research Libraries, the Association of College and Research Libraries, the Organization for Transformative Works, the Institute of Intellectual Property and Social Justice, and 41 librarians and professors of law is GRANTED.

      The "Motion of American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Georgia, Inc., Southern Poverty Law Center, Center for Democracy & Technology, and Georgia Coalition for the People's Agenda for Leave to File Brief of *Amici Curiae* in Support of Appellant" is GRANTED.

The "Motion for Leave to File Brief of Next-Generation Legal Research Platforms as *Amici Curiae* in Support of Defendant/Appellant" is GRANTED.

    /s/   STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE