## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 21, 2017

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 17-11589-W
Case Style: Code Revision Commission, et al v. Public.Resource.Org, Inc.
District Court Docket No: 1:15-cv-02594-RWS

**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

The court has determined that the cases listed on the attached calendar are to be orally argued during the week of 11/13/2017 in Atlanta, Georgia. Counsel for each party must present oral argument unless excused by the court for good cause shown. *Please note that after the date of this letter, any changes in or addition to counsel in the appeals listed on the attached calendar requires leave of the court. See* General Order 36.

The names of the judges of the oral argument panel may be obtained by calling the Courtroom Deputy shown below, no earlier than 10/31/2017.

If you have questions or concerns, please do not hesitate to contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Personal electronic devices, such as cellular telephones, "smart phones," laptop computers, and tablet computers are not allowed beyond the courthouse's security checkpoint unless prior approval has been obtained from a judge of the Court.

Please be advised that there are new security procedures in place at the Elbert P. Tuttle Courthouse in Atlanta. All visitors will now come through the Forsyth Street entrance and into a self-contained security vestibule. Once inside, Court Security Officers will instruct you on securing your cell phones and processing through the newly installed detection equipment. Processing through the new security vestibule may take a few more minutes than what you were used to in the past. Thank you for your patience and cooperation as we seek to improve the safety of our judges, staff and visitors alike.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L. Geddis
Phone #: (404) 335-6143

CAL-1 Oral Argument Calendar Issued