IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-11589

CODE REVISION COMMISSION,
for the Benefit of and on behalf of General Assembly of Georgia,
STATE OF GEORGIA,

　　　　　　　　　　　　　　　　　　Plaintiffs-Counter
　　　　　　　　　　　　　　　　　　Defendant-Appellees,

versus

PUBLIC. RESOURCE.ORG.,

　　　　　　　　　　　　　　　　　　Defendant-Counter
　　　　　　　　　　　　　　　　　　Claimant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

Amicus Curiae's, American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Georgia, Inc., Southern Poverty Law Center, Center for Democracy & Technology and Georgia Coalition for The People's Agenda motion for leave to participate in oral argument on time ceded by Appellant is *granted*.

David J. Smith
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION