# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 06, 2017

Esha Bhandari
American Civil Liberties Union of New York State (NYCLU)
125 BROAD ST FL 18
NEW YORK, NY 10004

Appeal Number: 17-11589-W
Case Style: Code Revision Commission, et al v. Public.Resource.Org, Inc.
District Court Docket No: 1:15-cv-02594-RWS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L. Geddis
Phone #: (404) 335-6143

MOT-2 Notice of Court Action