IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-11589-AA

CODE REVISION COMMISSION,
for the Benefit of and on behalf of General Assembly of Georgia,
STATE OF GEORGIA,

                                      Plaintiffs - Counter
                                      Defendant - Appellees,

versus

PUBLIC.RESOURCE.ORG, INC.,

                                      Defendant - Counter
                                      Claimant - Appellant.

On Appeal from the United States District Court for the
Northern District of Georgia

O R D E R:

Vera Eidelman's application to appear *pro hac vice* in this appeal, representing *amici curiae* American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Georgia, Inc., Southern Poverty Law Center, Center for Democracy & Technology, and Georgia Coalition for The People's Agenda, is hereby GRANTED.

UNITED STATES CIRCUIT JUDGE