# ALSTON & BIRD

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-239-3300 | Fax: 202-239-3333

**Elizabeth H. Rader**     Direct Dial: 202-239-3008     Email: elizabeth.rader@alston.com

November 13, 2017

*SUBMITTED VIA CM/ECF*

Panel for Argument of Case No. 17-11589-W
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street NW
Atlanta, GA 30303

>     Re:   *Code Revision Commission et al. v. Public Resource.Org, Inc.,*
>           *Case No. 17-11589-W*

To the Court,

     Public.Resource.Org, Inc. ("Public Resource") wishes to bring to the Court's and opposing counsel's attention that Erin Saltaformaggio of Bradley Arant Boult Cummings LLP ("Bradley Arant") in Jackson, Mississippi represents Public Resource regarding the State of Mississippi's allegation that Public Resource infringes that state's copyright in its official annotated code. The State of Mississippi and Public Resource continue to exchange correspondence regarding their dispute, and the matter has not proceeded to litigation. Public Resource understands that Judge Newsom was a partner at Bradley Arant in the firm's Birmingham, Alabama office prior to his appointment to this Court.

                                        Respectfully,

                                        */s/ Elizabeth H. Rader*
                                        Elizabeth H. Rader, Esq.
                                        Alston & Bird LLP

cc:   Anthony B. Askew (via CM/ECF)
      Lisa Pavento (via CM/ECF)
      Warren J. Thomas (via CM/ECF)
      Meunier, Carlin & Curfman LLC
      999 Peachtree Street, Suite 1300
      Atlanta, GA 30309

Alston & Bird LLP                                                                                                                www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.