## UNITED STATES COURT OF APPEALS
### For the Eleventh Circuit
_____

No. 17-11589
_____

District Court Docket No.
1:15-cv-02594-RWS

CODE REVISION COMMISSION,
for the Benefit of and on behalf of General Assembly of Georgia,
STATE OF GEORGIA,

                                        Plaintiffs - Counter
                                        Defendant - Appellees,

versus

PUBLIC.RESOURCE.ORG, INC.,

                                        Defendant - Counter
                                        Claimant - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 19, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark