**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 17-11589
_____

District Court Docket No.
1:15-cv-02594-RWS

CODE REVISION COMMISSION,
for the Benefit of and on behalf of General Assembly of Georgia,
STATE OF GEORGIA,

                                Plaintiffs - Counter
                                Defendant - Appellees,

versus

PUBLIC.RESOURCE.ORG, INC.,

                                Defendant - Counter
                                Claimant - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 19, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 11/19/2018**