# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 5, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  Georgia, et al.
           v. Public.Resource.Org, Inc.
           No. 18-1150
           (Your No. 17-11589)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 1, 2019 and placed on the docket March 5, 2019 as No. 18-1150.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Clayton Higgins
                          Case Analyst