# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 24, 2019

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Georgia, et al.
          v. Public.Resource.Org, Inc.
          No. 18-1150
          (Your No. 17-11589)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk