# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 29, 2020

Clerk
United States Court of Appeals
  for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303-2218

    Re:    Georgia, et al.
            v. Public.Resource.Org, Inc.,
            No. 18-1150 (Your docket No. 17-11589)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 29, 2020

Mr. Joshua Stephen Johnson, Esq.
Vinson & Elkins LLP
2200 Pennsylvania Ave., N. W.
Suite 500 West
Washington, D. C. 20037

    Re:  Georgia, et al.
        v. Public.Resource.Org, Inc.,
        No. 18-1150

Dear Mr. Johnson:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eleventh Circuit.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By
    Herve' Bocage
    Judgments/Mandates Clerk

cc: All counsel of record
    Clerk, USCA 11th Cir.
        (Your docket No. 17-11589)

# Supreme Court of the United States

No. 18-1150

**GEORGIA, ET AL.,**

Petitioners

v.

**PUBLIC.RESOURCE.ORG, INC.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Eleventh Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

April 27, 2020

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States